UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN Y. RODRIGUEZ,

    Plaintiff,

v.                                                    Case No. 8:18-cv-1220-T-AAS

THE MURKIN GROUP, LLC,

    Defendant.
_____/

## ORDER

This order follows today's mediation before the undersigned. After thorough review of the proposed settlement agreement, the undersigned finds the terms fair and reasonable consistent with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, the parties' settlement agreement is **APPROVED**.

This case is **DISMISSED** subject to the right of any party to move the court within sixty days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. After the sixty days, the Clerk will dismiss this case with prejudice.

**ORDERED** in Tampa, Florida on December 20, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1